# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 24, 2010

**Before**

WILLIAM J. BAUER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 09-1083

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>        *Plaintiff-Appellee*, <br><br>    *v.* <br><br> CAREY PORTMAN, <br>        *Defendant-Appellant*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 04 CR 64 <br><br> Blanche M. Manning, <br> *Judge*. |

## O R D E R

The court's opinion dated March 22, 2010 is amended as follows:

On page 1 of the slip opinion, first sentence, the phrase "multiple counts of mail fraud, wire fraud, bank fraud, and possessing and creating falsely altered checks" is replaced with "multiple counts of bank fraud and possessing and uttering falsely altered checks."

On page 3-4 of the slip opinion, the sentence that begins at line 30 of page 3 is deleted and replaced with: "In a second superseding indictment, a federal grand jury charged Portman with five counts of bank fraud, in violation of 18 U.S.C. § 1344, and two counts of possessing and uttering a falsely altered security, in violation of 18 U.S.C. § 513(a)."